**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>BROOKS & BROOKS SERVICES, INC.,<br><br>                Defendant. | C.A. No. |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiffs Service Employees International Union National Industry Pension Fund, *et al.*, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
Richard C. Welch (DC Bar# 485756)
Eugene K. Ahn
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088
Counsel for Plaintiffs

April 2, 2008