CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INT'L )<br>    UNION NATIONAL INDUSTRY )<br>    PENSION FUND )<br>                                       )<br>            Plaintiff            ) | CA 08-569 (JR) |
| ) ) ) | Category   K |
| BROOKS AND BROOKS SERVICES, )<br>           INC.                                )<br>                                      )<br>            Defendant       )<br>                                      ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>April 25, 2008</u> from <u>Judge Emmet G. Sullivan</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

              ELLEN S. HUVELLE
              Chair, Calendar and Case
              Management Committee

cc: <u>Judge Robertson</u> & Courtroom Deputy
   <u>Judge Sullivan</u> & Courtroom Deputy
   Liaison, Calendar and Case Management Committee