# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Service Employees International Union National Industry Pension Fund, et al** | Attorney: |
| Plaintiff | Mooney, Green, Baker & Saindon, P.C.<br>Richard Welch<br>1920 L St., NW<br>Washington, DC. 20036 |
| vs. | |
| **Brooks & Brooks Services, Inc.** | |
| Defendant | |

Case Number: 1:08-cv-00569

Legal documents received by Same Day Process Service on April 03rd, 2008 at 3:00 PM to be served upon **Brooks & Brooks Services, Inc. c/o Superintendent of Corporations Division at 941 N. Capitol St., NE, Washington, DC. 20002**

I, Brandon A. Snesko, swear and affirm that on **April 28th, 2008 at 2:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Complaint Under Erisa for Withdrawal Liability and Interest; Certificate Rule LCvR 7.1; Exhibits** to **Maxcine Egg** as **Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 50   Height: Sitting   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008976

District of Columbia: SS
Subscribed and Sworn to before me, this 29 day of April, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

United States District Court | District Of Columbia

**Service Employees International Union National Industry Pension Fund, et al**

    Plaintiff

vs.

**Brooks & Brooks Services, Inc.**

    Defendant

Attorney:

Mooney, Green, Baker & Saindon, P.C.
Richard Welch
1920 L St., NW
Washington, DC. 20036

Case Number: 1:08-cv-00569

Legal documents received by Same Day Process Service on April 03rd, 2008 at 3:00 PM to be served upon **Brooks & Brooks Services, Inc. at 1227 Good Hope Rd., SE, Washington, DC. 20020**

I, Brandon A. Snesko, swear and affirm that on **April 30th, 2008 at 4:10 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Complaint Under Erisa for Withdrawal Liability and Interest; Certificate Rule LCvR 7.1; Exhibits** to **Katrina Ball** as **Program Assistant & Authorized Agent** of **Brooks & Brooks Services, Inc.**.

**Description of Person Accepting Service:**
Sex: Female  Age: 40  Height: 5'4"  Weight: 120  Skin Color: Black  Hair Color: black  Glasses:

**Supplemental Data Appropriate to this Service:**
See attached

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008662

District of Columbia: SS
Subscribed and Sworn to before me,
this ___1st___ day of ___MAY___, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

Service Employees International
Union National Industry Pension Fund, et al   v.   Brooks & Brooks Services, Inc.   1:08-cv-00569

04-03-2008, 4:00 pm – Attempted to serve the defendant at the address listed on the complaint and listed with the DCRA, but the suite number listed does not exist. In addition, the registered agent, John Steffman, and the company, Brooks & Brooks Services, Inc., are unknown at the address.

04-04-2008, 8:57 am – Located another address associated with the company at 1227 Good Hope Rd., SE, Washington, DC and spoke with a Ms. Johnson who stated that their was not an officer and/or registered agent at the office to accept.

04-11-2008, 1:00 pm – Spoke with DCRA, via telephone, who stated the only officer associated with the company is that of Randolph Brooks who is the company's president. Mr. Brooks address, according to the DCRA, is located at 11102 Glenn Brook Ct., Glenn Dale, MD.

04-12-208, 8:30 pm – Attempted to serve Randolph Brooks at the address located in Glenn Dale, MD and spoke with the current occupants of the residence who stated that Mr. Brooks moved to Florida and do not have a forwarding address.

04-28-2008, 2:00 pm – After diligent attempts to serve the company, the company was served upon the Superintendent of Corporations Divison.