## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL     )
UNION NATIONAL INDUSTRY PENSION     )
FUND, ET AL.                        )
      Plaintiff,                    )
                             )      Case No.: 1:08-cv-00569-EGS
      v.                            )
                             )
BROOKS & BROOKS SERVICES, INC.      )
      Defendant.                    )
_____)

### DEFENDANT'S STIPULATED MOTION FOR EXTENSION
### OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Brooks & Brooks Services, Inc. ("Defendant"), by and through counsel, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby requests an extension of time, through and including June 10, 2008, within which to answer or otherwise respond to the Complaint in the present action.  In support of this motion, Defendant shows unto this Court the following:

1.      The parties have agreed to discuss settlement in this matter and need additional time in which to negotiate the settlement terms and draft and execute the appropriate documents.

2.      Counsel for the parties have conferred, and Plaintiff's counsel does not object to Defendant's motion.

WHEREFORE, Defendant Brooks & Brooks Services, Inc., respectfully requests that the Court extend the deadline for answering or otherwise responding to Plaintiff's Complaint through and including June 10, 2008.  A proposed Order accompanies this Motion.

RESPECTFULLY SUBMITTED,

CONSTANGY, BROOKS & SMITH, LLC

Dated:   May 20, 2008       By: _____ /s/ _____
                               Robert P. Floyd, III, D.C. Bar No. 464996
                               Monument Corner Drive, Suite 520
                               Fairfax, Virginia 22030
                               rfloyd@constangy.com
                               (571) 522- 6100
                               (571) 522-6101 (facsimile)

                               ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard C. Welch**.

By:_____/s/_____
Robert P. Floyd, III
Monument Corner Drive, Suite 520
Fairfax, Virginia 22030
rfloyd@constangy.com
(571) 522- 6100
(571) 522-6101 (facsimile)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL | ) | |
| UNION NATIONAL INDUSTRY PENSION | ) | |
| FUND, ET AL. | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: 1:08-cv-00569-EGS |
|     v. | ) | |
| | ) | |
| BROOKS & BROOKS SERVICES, INC. | ) | |
|     Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Upon Defendant's motion, and for good cause shown, Defendant's deadline for answering or otherwise responding to Plaintiff's Complaint is hereby extended through and including June 10, 2008.

It is so ORDERED, this the ___ day of May, 2008.

_____
United States District Court