CO-386-online
10/03

# United States District Court
# For the District of Columbia

Service Employees International Union )
National Industry Pension Fund, et al., )
                                    )
                      Plaintiff )
      vs                    )   Civil Action No. __1:08-cv-00569-EGS__
                                    )
Brooks & Brooks Services, Inc.,    )
                                    )
                   Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Brooks & Brooks Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Brooks & Brooks Services, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                            Attorney of Record
                                            Signature

Robert P. Floyd, III                       Robert P. Floyd, III
BAR IDENTIFICATION NO.             Print Name

                                            4100 Monument Corner Dr., Suite 520
                                            Address

                                            Fairfax          VA          22030
                                            City              State       Zip Code

                                            571-522-6100
                                            Phone Number